# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MICHAEL SCOTT MARKEL,** | : | **CIVIL NO. 1:CV-12-1027** |
| Plaintiff, | : | |
| | : | (Judge Kane) |
| v. | : | |
| | : | |
| **DIRECTOR OF PENNSYLVANIA** | : | |
| **BOARD OF PROBATION AND** | : | |
| **PAROLE, et al.,** | : | |
| Defendants | | |

## ORDER

**AND NOW, THIS 10th DAY OF MARCH 2014,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion for leave to amend the complaint (Doc. No. 16) is **denied**.

2. Defendants' motion to dismiss the complaint (Doc. No. 13) is **granted** and the complaint is dismissed in its entirety.

3. The Clerk of Court is directed to **close this case.**

4. Any appeal from this order will be deemed frivolous, lacking in probable cause and not taken in good faith.

S/ Yvette Kane
YVETTE KANE, District Judge
Middle District of Pennsylvania
